# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT WICHITA

KENNETH and LINDA BURDETTE, )
LLOYD and DONNA SCHROEDER, )
ROBERT and TRESIA ENGLAND, )
DANNY and SHARON SIDEBOTTOM, )
GLEN WEST and JAMES WEST, and )
STEPHANIE BROWN, )
individually and as representatives of a class of )
real property owners described below, )
)
                                  Plaintiffs, )   Case No.: 10-CV-1083-JAR-DWB
)
vs. )
)
VIGINDUSTRIES INC., )
                                Defendant. )
_____)

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

COME NOW Plaintiffs, by and through their undersigned counsel, and respectfully request the Court enter an Order certifying the class defined herein. In support of this Motion, Plaintiffs state as follows:

1.    This is a class action lawsuit brought to compensate the residential property owners in the Careyville subdivision in Hutchinson, Kansas who have been damaged by the subsidence of land on and around the old Carey Salt Plant in Careyville, and the buyout of 37 homes along the north and east perimeter of the neighborhood due to the threat of further subsidence and sinkholes of abandoned salt mine wells.

2.    The Petition alleges that Defendant failed to properly support the land adjacent to its salt mine, failed to properly maintain the abandoned salt mine, failed to timely detect, prevent, stop or remedy land subsidence and sinkhole development, and created and maintained a dangerous

condition.  Moreover, Defendant's actions have interfered with the use and enjoyment of the residential property owners' use of their property and Defendant has physically invaded Plaintiffs' property through prior mining activities and the continued failure to properly maintain the salt mine wells.

3. As a result of Defendant's actions, the residential property owners of Careyville have suffered permanent injury to their homes and property, diminution in the market value of their homes and property, loss of the full use of their homes and property, deprivation of the peaceful use and enjoyment of their homes and property, inconvenience, discomfort, annoyance, and present and prospective injuries to their health; and other consequential, incidental and special damages.

4. Plaintiffs seek certification of a plaintiff class of all similarly situated residential property owners in Careyville as of August 2009.

5. Certification will allow the enforcement of the class members' rights without the burden and expense of joining of all members of the class, a task which would be, for all practical purposes, impossible and destructive of any right of recovery.

6. Because the claims of the members of the putative class are, for the most part, too small to warrant individual lawsuits, certification will eliminate the unfair advantage created by the disparate wealth of the parties and, as contemplated by class action litigation and the statutory and case law creating and suggesting it, provide for the redress of wrongs that may otherwise go uncompensated.

7. Moreover, the substantive allegations of the pleadings are accepted as true for purposes of determining class certification, and the analysis under K.S.A. 60-223 should not assess the underlying merits of Plaintiffs' causes of action.

8.      Plaintiffs submit their Memorandum in Support of Plaintiffs' Motion For Class Certification herewith.

Respectfully submitted,

BRETZ LAW OFFICES, LLC


By:    s/ Melinda G. Young
       Matthew L. Bretz, SC #15466
       Melinda G. Young, SC#24309
       1227 N. Main Street
       Hutchinson, KS 67501
       Telephone No.: (620) 662-3435
       Fax No.: (620) 662-3445
       matt@bretzpilaw.com
       melinda@bretzpilaw.com


       Stanley R. Juhnke, #008455
       400 West First Street
       Hutchinson, KS 67501
       Telephone No.: (620) 669-1022
       Fax No.: (620) 669-1027
       sjuhnke@juhnkelaw.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of March 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following persons:

Daniel D. Crabtree
Heather S. Woodson
12 Corporate Woods
10975 Benson, Suite 550
Overland Park, Kansas 66210
dcrabtree@stinson.com
hwoodson@stinson.com

Anne C. Emert
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
aemert@stinson.com

ATTORNEYS FOR DEFENDANTS.

    /s Melinda G. Young
    Attorney for Plaintiffs